UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Floyd Andrew Miles, Debtor           )           Case No. 19-35575-KRH
                                            )           Chapter 13

## TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR SALE OF PROPERTY AND REQUEST FOR HEARING

COMES NOW Suzanne E. Wade, Chapter 13 Trustee, and files this response to the Debtor's Motion to for sale of property, as follows:

1. On or about October 21, 2019, Suzanne E. Wade was appointed Chapter 13 Trustee in this case. She continues to serve as the Chapter 13 Trustee in this case.

2. On November 24, 2020 the Debtor filed a Motion for Authority to Sell Real Property located at 9506 Plum Circle, North Chesterfield. VA.

WHEREFORE, the Chapter 13 Trustee, respectfully requests the Court to set for hearing the Debtor's Motion for Sale of Property on December 16, 2020 at 12:00 PM

Respectfully submitted,

Date: December 3, 2020                  /s/  Suzanne E. Wade
                                        Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing TRUSTEE'S RESPONSE TO THE DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY AND REQUEST FOR HEARING was served electronically or by first-class mail, postage prepaid, this 3th day of December, 2020, upon the following parties:

Floyd Andrew Miles
9506 Plum Circle
North Chesterfield, VA 23237


Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA  23226
(804) 775-0979

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Daniel Kevin Eisenhauer
Orlans, PC
PO Box 2548
Leesburg, VA 20177

Bryan S. Fairman
Aldridge Pite, LLP
4375 Jutland Dr., Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Mary F. Balthasar Lake
Shapiro & Brown, LLP
501 Independence Parkway, Ste. 203
Chesapeake, VA 23320


      /s/  Suzanne E. Wade
          Chapter 13 Trustee


Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA  23226
(804) 775-0979